No. 301. ELIZA L. POPE, PLAINTIFF IN ERROR, v. ANNA CLARA FALK ET AL. In error to the Supreme Court of the State of Kansas. April 2, 1906. Dismissed with costs, on motion of counsel for plaintiff in error. Mr. L. F. Bird for plaintiff in error. Mr. James K. Polk, Mr. Andrew Wilson and Mr. Noel W. Barksdale for defendants in error.

No. 369. BENJAMIN C. CHOUTEAU, PLAINTIFF IN ERROR, v. WILLIAM KLAPMEYER. In error to the Supreme Court of the State of Kansas. April 2, 1906. Dismissed with costs, on motion of counsel for plaintiff in error. Mr. L. F. Bird for plaintiff in error. Mr. James K. Polk, Mr. Andrew Wilson and Mr. Noel W. Barksdale for defendant in error.

No. 232. THOMAS J. BRESLIN v. JAMES G. CARROLL. On a certificate from the United States Circuit Court of Appeals for the Third Circuit. April 11, 1906. Stricken from the docket. Mr. Thomas E. French for Breslin. No appearance for Carroll.

No. 6, Original. Ex parte: IN THE MATTER OF ALPHONSO B. BOWERS AND BOWERS CALIFORNIA DREDGING COMPANY, PETITIONERS. April 16, 1906. Dismissed on authority of counsel for the petitioners. Mr. John H. Miller for petitioners. No appearance for respondents.

No. 9, Original. THE STATE OF WASHINGTON, COMPLAIN-ANT, v. NORTHERN SECURITIES COMPANY ET AL. April 16, 1906. Dismissed, per stipulation. Mr. W. B. Stratton, Mr. Wallace B. Douglas and Mr. E. C. Macdonald for complainant. Mr. W. P. Clough, Mr. George B. Young, Mr. John W. Griggs, Mr. M. D. Grover and Mr. C. W. Bunn for defendants.